THE CITY OF DECATUR, Plaintiff-Appellee, *v.* EDWARD H. KUSHMER, Defendant-Appellant.

(No. 11733; ▮▮▮▮▮▮▮

Fourth District—October 4, 1972.

▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Opinion by Mr. PRESIDING JUSTICE TRAPP.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Paul H. Ferguson, of Decatur, for appellant.

Kirtley E. Wilson, of Decatur, for appellee.